UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE MARIE POIRIER,

    Plaintiff,

                                                Case No.: 1:08-cv-735

v.

                                                HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. #19) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Commissioner's decision finding that plaintiff was not entitled to disability insurance benefits (DIB) and supplemental security income (SSI) benefits is **AFFIRMED**.

Dated: September 30, 2009                                  /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                              Chief United States District Judge